IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AARON H. BROOKS | : |
| v. | : CIVIL ACTION NO. MJG-01-3993 |
| DEPARTMENT OF HEALTH AND MENTAL HYGIENE | : |

**O R D E R**

In accordance with the foregoing Memorandum, **IT IS** this 3rd day of January, 2002, by this Court, hereby **ORDERED**:

1. That petitioner **IS GRANTED** leave to file *in forma pauperis*, without prepayment of filing fees or costs;

2. That petitioner's mandamus request **IS DISMISSED** without requiring response from the State of Maryland;

3. That the Clerk of Court **CLOSE** this case; and

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to petitioner.

Marvin J. Garbis
United States District Judge